IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HARVEY CANTRELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 21-0067-JB-MU |
| ANDREW SAUL, | ) ) ) |
| Defendant. | ) ) |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, it is hereby **ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Southern District of Illinois.

**DONE and ORDERED** this 18th day of October, 2021.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE